ABELSON HERRON HALPERN LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile:  (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

Attorneys for Defendants and Counterclaimants
The Growing Concern, LLC; Paul Garrett;
The Garrett Group, LLC; and Scott Garrett

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | CASE NO. CV 14-7509-GW(MANx) |
| Plaintiffs, | Case Filed: August 29, 2014 |
| v. | **JUDGMENT** |
| THE GROWING CONCERN, LLC, et al., | |
| Defendants. | Action Filed: August 29, 2014 |
| AND RELATED CROSS-ACTION | |

[PROPOSED] JUDGMENT

Defendant Paul Garrett's Motion for Summary Judgment came on for hearing before the Court, on June 1, 2015, Hon. George H. Wu, District Judge Presiding. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS SO ORDERED AND ADJUDGED that the Plaintiffs take nothing from Defendant Paul Garrett, that the action against Paul Garrett be dismissed on the merits, and that Paul Garrett recover his costs.

Dated: June 3, 2015

_____
George H. Wu
United States District Judge



[PROPOSED] JUDGMENT

1