UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7509-GW(MANx) | Date | July 10, 2015 |
|---|---|---|---|
| Title | *Nationwide Mutual Insurance Co., et al. v. The Growing Concern, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS): ORDER TO SHOW CAUSE RE SETTLEMENT

On July 9, 2015, Plaintiffs and Counter-Defendants filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement August 13, 2015 at 8:30 a.m.

The parties are advised that the order to show cause be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on August 12, 2015.

All previously set deadlines and dates are vacated and taken off-calendar.

|  | : |
|---|---|
| Initials of Preparer | JG |