JS-6

1  ABELSON HERRON HALPERN LLP
2     Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
3  333 South Grand Avenue, Suite 1550
4  Los Angeles, California 90071-1559
Telephone: (213) 402-1900
5  Facsimile:  (213) 402-1901
6  mabelson@abelsonherron.com
lpereira@abelsonherron.com
7
8  Attorneys for Defendants and Counterclaimants
The Growing Concern, LLC; Paul Garrett;
9  The Garrett Group, LLC; and Scott Garrett

10
## UNITED STATES DISTRICT COURT
11
## CENTRAL DISTRICT OF CALIFORNIA
12
## WESTERN DIVISION
13

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | CASE NO. CV 14-7509-GW(MANx) |
| Plaintiffs, | **ORDER TO DISMISS** |
| v. | |
| THE GROWING CONCERN, LLC, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

**JOINT STIPULATION OF DISMISSAL;
[PROPOSED] ORDER**



**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that all claims of Plaintiffs/Counter-Defendants, NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY (collectively referred to as "Plaintiffs/Counter-Defendants") asserted against Defendants/Counter-Claimants, THE GROWING CONCERN, LLC, PAUL GARRETT, THE GARRETT GROUP, LLC and SCOTT GARRETT (collectively referred to as "Defendants/Counter-Claimants"), and all claims asserted by Defendants/Counter-Claimants against Plaintiffs/Counter-Defendants, shall be, and hereby are, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: August 10, 2015

_____
George H. Wu
United States District Judge

